Matter of Fanesse D. v Amakoe D. (2025 NY Slip Op 00825)

Matter of Fanesse D. v Amakoe D.

2025 NY Slip Op 00825

Decided on February 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 13, 2025

Before: Webber, J.P., Kennedy, Friedman, Mendez, Rodriguez, JJ. 

Docket No. V-08135/23 Appeal No. 3669 Case No. 2024-00215 

[*1]In the Matter of Fanesse D., Petitioner-Respondent,
v
Amakoe D., Respondent-Appellant.

Daniel X. Robinson, New York, for appellant.
Kenneth M. Tuccillo, Hastings on Hudson, for respondent.

Appeal from order, Family Court, New York County (Jonathan H. Shim, J.), entered on or about January 10, 2024, which, after a hearing, granted the motion of petitioner mother for permission to obtain a passport for the subject child without respondent father's consent and to travel with the child to Benin, unanimously dismissed, without costs, as moot.
This appeal is moot because the period of travel that the order covered has passed (see Sanilevich v Sanilevich, 127 AD3d 532, 532 [1st Dept 2015]). Petitioner already obtained a passport for the child, traveled with the child to Benin, and returned safely with the child in February 2024 (see Berger v Prospect Park Residence, LLC, 166 AD3d 937, 938 [2d Dept 2018], lv denied 33 NY3d 910 [2019]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 13, 2025